**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Gilberto PAREDES–GARCIA, Defendant—Appellant.**

**No. 01–10571.**

**D.C. No. CR–01–00099–RLH.**

United States Court of Appeals, Ninth Circuit.

Submitted April 8, 2002 *.

Decided April 15, 2002.

Before BROWNING, KLEINFELD and GOULD, Circuit Judges.

### MEMORANDUM **

Gilberto Paredes–Garcia appeals his guilty plea conviction and the 60–month sentence imposed for unlawful re-entry of a deported alien, in violation of 8 U.S.C. § 1326.

Paredes–Garcia contends that, in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), his sentence should not have exceeded the

---

\* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

maximum two-year sentence pursuant to 8 U.S.C. § 1326(a). Paredes–Garcia acknowledges that this argument is foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000), *cert. denied*, 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001) and states that he raises the contention merely to preserve it in the event of ensuing favorable Supreme Court precedent. Thus, we do not consider it further.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.